```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

MICHAEL OHLE and MARY OHLE,   )
                              )
            Plaintiffs,       )         8:11CV359
                              )
       v.                     )
                              )
BANK OF AMERICA, N.A., and    )         ORDER
BAC HOME LOANS SERVICING, LP, )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on the stipulation dismissing complaint without prejudice (Filing No. 12). Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted;

2) This action is dismissed without prejudice, without costs to either party.

DATED this 9th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court